UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br>Plaintiff,<br>v.<br>GLOBAL FIXED INCOME, LLC, .<br>Defendant.. | Case No.: **16 - 7 0 5- SLR**<br><br>**[PROPOSED] JUDGMENT COMPELLING GLOBAL FIXED INCOME, LLC TO COMPLY WITH COMMISSION ORDER** |

The Plaintiff Securities and Exchange Commission (the "Commission") having applied to the Court for a Judgment pursuant to Section 21(e)(1) of the Securities Exchange Act of 1934 ("Exchange Act"), 15 U.S.C. § 78u(3)(1), enforcing compliance by GFI with a final Commission Order entered against it on March 26, 2015 (the "Commission Order"), which, in part, required GFI, to pay disgorgement of $1,467,113.04, plus prejudgment interest calculated beginning from April 5, 2015, and additional disgorgement of $968,876.57, plus prejudgment interest calculated beginning from July 24, 2015, with interest accruing on all funds owed until paid in accordance with Rule 600 of the Commission's Rules of Practice, 17 C.F.R. § 201.600 to the United States Securities and Exchange Commission, and the Declaration of Carol E. Schultze, and it appearing that a Judgment should issue, it is hereby:

**I.**

**ORDERED, ADJUDGED, AND DECREED** that the Commission Order be and the same hereby is enforced.

- 1 -

## II.

**FURTHER ORDERED, ADJUDGED, AND DECREED** that GFI is liable for disgorgement of $1,010,001.50 and prejudgment interest remaining unpaid as provided by the Commission Order. GFI is liable for a civil money penalty of $500,000.00 and prejudgment interest remaining unpaid as provided by the Commission Order. Such amounts shall accrue postjudgment interest pursuant to 28 U.S.C. § 1961.

GFI may transmit payment electronically to the Commission, which will provide detailed ACH transfer/Fedwire instructions upon request. Payment may also be made directly from a bank account via Pay.gov through the SEC website at http://www.sec.gov/about/offices/ofm.htm. GFI may also pay by certified check, bank cashier's check, or United States postal money order payable to the Securities and Exchange Commission, which shall be delivered or mailed to

Enterprise Services Center
Accounts Receivable Branch
6500 South MacArthur Boulevard
Oklahoma City, OK 73169

and shall be accompanied by a letter identifying the case title, civil action number, and name of this Court; GFI as a defendant in this action; and specifying that payment is made pursuant to this Final Judgment.

GFI shall simultaneously transmit photocopies of evidence of payment and case identifying information to the Commission's counsel in this action. By making this payment, GFI relinquishes all legal and equitable right, title, and interest in such funds and no part of the funds shall be returned to GFI.

## III.

**FURTHER ORDERED, ADJUDGED, AND DECREED**, that, solely for purposes of exceptions to discharge set forth in Section 523 of the Bankruptcy Code, 11 U.S.C. § 523, the

- 3 -

allegations in the Application are true and admitted by GFI, and further, any debt for disgorgement, prejudgment interest, civil penalty or other amounts due by GFI under this Final Judgment or any other judgment, order, consent order, decree or settlement agreement entered in connection with this proceeding, is a debt for the violation of the federal securities laws or any regulation or order issued under such laws, as set forth in Section 523(a)(19) of the Bankruptcy Code, 11 U.S.C. § 523(a)(19).

## IV.

**FURTHER ORDERED, ADJUDGED, AND DECREED** that this Court shall retain jurisdiction of this matter for the purposes of enforcing the terms of this Final Judgment.

**SO ORDERED.**

Dated: January 31, 2017

_____
UNITED STATES DISTRICT JUDGE